UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMIE CROWE,            )<br>                         )<br>     Plaintiff          )<br>                         )<br>     vs.                 )<br>                         )<br>FAMILY DOLLAR STORES, INC., )<br>et al.,                  )<br>                         )<br>     Defendants         ) | Case No. 5:18-cv-00846-HNJ |

**O R D E R**

The Court **SETS** a telephone status conference for **9:00 a.m.** on Monday, **August 13, 2018.** The Court **DIRECTS** the parties to dial 888-273-3658 and enter access code 5049522 to participate in the status conference. If all parties submit an executed consent form before the date of the status conference, the Court will cancel the status conference.

**DONE** and **ORDERED** this 12th day of July, 2018.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE